IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY CHRISTOPHER STUBBS, III.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-0889 |
| | : | |
| **GREGORY A. SKREPENAK,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 9th day of June, 2022, upon consideration of Plaintiff Henry Christopher Stubbs, III.'s *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. All claims against the Federal Judicial Defendants are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED TO TERMINATE** the following as Defendants in this matter:

- Thomas L. Ambro
- Stephanos Bibas
- Michael A. Chagares
- Christopher C. Conner
- Joseph A. Greenaway, Jr.
- Thomas M. Hardiman
- Kent A. Jordan
- Cheryl Ann Krause
- Paul B. Matey
- Theodore A. McKee
- Richard L. Nygaard
- Peter J. Phillips
- David J. Porter
- L. Felipe Restrepo
- Patty Shwartz
- D. Brooks Smith

3. The Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Middle District of Pennsylvania.  Stubbs's Application to Proceed *In Forma Pauperis* (ECF No. 4) and Motion for Court Order Pursuant to F.R.C.P. 7(b)(1) (ECF No. 6) shall be left to the discretion of the transferee court, as is any screening of the remaining claims.

BY THE COURT:

/s/  C. Darnell Jones, II, J.